1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  MARCO HUDSON,                          1:10-cv-00125-SMS (HC)

10                 Petitioner,            ORDER AUTHORIZING IN FORMA
                                          PAUPERIS STATUS
11        v.

12
   JAMES A. YATES,
13
                 Respondent.
14  _____/

15

16
        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus
17
   pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby
18
   AUTHORIZED to proceed in forma pauperis.
19

20
        IT IS SO ORDERED.
21
   **Dated:   February 11, 2010**              /s/ Sandra M. Snyder
22                                          UNITED STATES MAGISTRATE JUDGE

23
24
25
26
27
28

                                          1