# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO HUDSON, | 1:10-cv-00125-AWI-SMS (HC) |
| Petitioner, | ORDER DISREGARDING PETITIONER'S MOTION FOR LEAVE TO FILE "MEMORANDUM OF POINTS AND AUTHORITIES" |
| v. | |
| JAMES A. YATES, | [Doc. 11] |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner filed the instant petition for writ of habeas corpus on January 11, 2010, in the United States District Court for the Eastern for the Central District of California. (Court Doc. 1.) The petition was transferred to this Court on January 21, 2010. (Court Doc. 3.)

On February 19, 2010, the Court directed Respondent to file a response to the Petition. (Court Doc. 8.)

On March 8, 2010, Petitioner filed a motion for leave to file "Memorandum of Points and Authorities" in support of his Petition. (Court Doc. 11.) It appears that Petitioner is under the impression that further briefing in support of his petition is necessary. However, the Court has directed Respondent to file answer or motion to dismiss the petition, and further briefing by Petitioner is not necessary at this point. When Respondent files a response to the petition, Petitioner may at that point file a reply. Accordingly, it is HEREBY ORDERED that Petitioner's

1  motion to file a Memorandum of Points and Authorities in support of tHe petition is
2  DISREGARDED.
3
4  IT IS SO ORDERED.
5  **Dated:   April 21, 2010**                    /s/ Sandra M. Snyder
                                                 UNITED STATES MAGISTRATE JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28